No. 11–9130. DRAGANOV v. WASHINGTON. C. A. 9th Cir. Certiorari denied.

No. 11–9131. OFFILL v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 11–9132. OZUNA-CABRERA v. UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 11–9134. PARHAM v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 11–9143. BARBOZA-MALDONADO v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 11–9145. ADAMS v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 11–9147. STATEN v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 11–9148. JONES v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 11–9149. STURGIS v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 11–9151. MONTOYA v. WONG, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 11–9154. SANTIAGO-PEREZ v. UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 11–9158. ROBLES-GARCIA v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 11–9159. STARNES v. CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 11–9160. REILLY, AKA RILEY v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 11–9164. MOORE v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 11–9167. DEESE v. UNITED STATES. C. A. 4th Cir. Certiorari denied.